## HOISINGTON v. ZT-WINSTON-SALEM ASSOCS.

No. 339PA99

Case below: 133 N.C.App. 485

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 7 October 1999. Petition by third party defendant for discretionary review pursuant to G.S. 7A-31 allowed 7 October 1999.

## HOLSHOUSER v. SHANNER HOTEL GRP. PROPS. ONE

No. 386A99

Case below: 134 N.C.App. 391

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 October 1999. Motion by plaintiff to dismiss appeal denied 7 October 1999.

## HUGHES v. CHAPPELL

No. 228P99

Case below: 133 N.C.App. 189

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 October 1999.

## HUTELMYER v. COX

No. 319A99

Case below: 133 N.C.App. 364

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 November 1999.

## IN RE BAKER

No. 348P99

Case below: 133 N.C.App. 657

Petition by respondent (Heather Baker) for discretionary review pursuant to G.S. 7A-31 denied 7 October 1999.